UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  )
                                              ) CASE NO. CR20-015-RSL
    Plaintiff,                      )
                                              )
    v.                                )
                                              ) DETENTION ORDER
KAMRON DYLAN DUANE COOPER,  )
                                              )
    Defendant.                  )

<u>Offense charged</u>:    Sexual Abuse of a Minor

<u>Date of Detention Hearing</u>:    February 10, 2020.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

     1.    Defendant has state court charges pending in Whatcom County and the Lummi Tribal Court related to the instant offense, alleged to have occurred on the Lummi Indian

DETENTION ORDER
PAGE -1

Reservation. A $25,000 cash bond has been set. At this time, defendant does not contest entry of a detention by this Court.

   2.   Defendant poses a risk of nonappearance based on his in-custody status, state court hold, prior non-compliance and new charges while on supervision, substance use and non-compliance with treatment. Defendant poses a risk of danger based on the nature and circumstances of the offense, criminal history, pending charge, non-compliance with treatment, and substance use.

   3.   There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

///

DATED this 10th day of February, 2020.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3