HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-015RSL |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA HEARING BY VIDEO CONFERENCING |
| v. | |
| KAMERON COOPER, | |
| Defendant. | |

THE COURT has considered the unopposed motion to proceed with a guilty plea hearing by video conferencing, along with all the records and files in this case and the General Orders currently in effect.

THE COURT FINDS that the currently scheduled June 16, 2021 change of plea hearing may take place via video conference because further delays in this case would cause "serious harm to the interests of justice," *see* General Order No. 04-20 (3/30/20), for the reasons set forth in the motion. Accordingly,

THE COURT ORDERS that the parties may proceed with a plea hearing by video conference, consistent with current procedures established by this Court.

THE COURT also makes the following specific findings:

1. The Judicial Conference of the United States must find that the coronavirus emergency will materially affect the functioning of the federal courts generally or a particular court. CARES Act, § 15002(b)(2)(A). It has done so. See "Judiciary Authorizes Video/Audio Access During COVID-19 Pandemic," Administrative Office of the

ORDER GRANTING UNOPPOSED
MOTION TO PROCEED WITH GUILTY
PLEA HEARING BY TELECONFERENCING
(*Kameron Cooper*; CR20-015RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

United States Courts (published March 31, 2020) (available at https://www.uscourts.gov/news/2020/03/31/judiciary-authorizes-videoaudio-access-during-covid-19-pandemic).

2. The chief district judge of the affected district must specifically find that "felony pleas under Rule 11 of the Federal Rules of Criminal Procedure . . . cannot be conducted in person without seriously jeopardizing public health and safety." CARES Act, § 15002(b)(2)(A). Chief Judge Martinez has done so. GO 04-20 (March 30, 2020).

3. The Court finds in this particular case that the plea hearing cannot be further delayed without serious harm to the interests of justice." CARES Act, § 15002(b)(2)(A).

4. The Court further finds that Mr. Cooper consents to proceed via video conference. CARES Act, § 15002(b)(4); see also GO 04-20.

DONE this 15th day of June, 2021.

*[signature]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Kameron Cooper

ORDER GRANTING UNOPPOSED
MOTION TO PROCEED WITH GUILTY
PLEA HEARING BY TELECONFERENCING
(*Kameron Cooper*; CR20-015RSL) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100